CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 2 3 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM E. DEKLE,<br>    Petitioner, | )<br>)<br>)  Civil Action No. 7:06-cv-00755<br>) |
| v. | )  **FINAL ORDER**<br>)<br>) |
| TERRY O'BRIEN, Warden, et al.,<br>    Respondents. | )  By: Hon. James C. Turk<br>)  Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the motion to dismiss is hereby **GRANTED**, the above referenced petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED**, and the case is hereby stricken from the active docket.

ENTER: This 23rd day of August, 2007.

                            /s/ James C. Turk
                            Senior United States District Judge